NORRED LAW, PLLC
Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

**In re:**
**D&M Logistics, LLC,**
**Debtor**

Case No. 19-44476-mxm
Chapter 11

### D & M LOGISTICS, LLC'S WITNESS AND EXHIBIT LIST FOR
### HEARING ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, D&M Logistics, LLC ("Debtor"), in the above-captioned case and files its Witness and Exhibit List for the hearing in connection with confirmation of Debtor's Plan of Reorganization.

WITNESSES:

1. Denis Melic, Debtor's representative;
2. Nela Melic, Office Manager; and
3. Any witness called or listed on any opposing party's list.

EXHIBITS:                                                           ADMITTED: Y / N

| | |
|---|---|
| A. Debtor's Disclosure Statement (Doc. 57) | _____ |
| B. Debtor's Plan of Reorganization (Doc. 57-1) | _____ |
| C. Plan Projections (Doc. 57-2) | _____ |
| D. Debtor's Operating Reports: November 2019 through March, 2020 (Doc. 60) | _____ |

|  |  |
|---|---|
| E. Debtor's Operating Report for April 2020 (Doc. 63) | _____ |
| F. Debtor's Operating Report for May 2020 (Doc. 64) | _____ |
| G. Debtor's Operating Report for June 2020 (Doc. 65) | _____ |
| H. Plan Voting Results | _____ |

Debtor reserves the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: September 21, 2020

Respectfully submitted,

NORRED LAW, PLLC

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of September 2020, a true and correct copy of the foregoing document was served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system.

/s/ *Clayton L. Everett*
Clayton L. Everett